MICHAEL RUBIN (SBN 80618)
BARBARA J. CHISHOLM (SBN 224656)
CASEY PITTS (SBN 262463)
MATTHEW J. MURRAY (SBN 271461)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  mrubin@altber.com
         bchisholm@altber.com
         cpitts@altber.com
         mmurray@altber.com

JOSEPH M. SELLERS (*pro hac vice*)
ABIGAIL E. SHAFROTH (*pro hac vice*)
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail:  jsellers@cohenmilstein.com
         ashafroth@cohenmilstein.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SALAZAR, GENOVEVA LOPEZ, and JUDITH ZARATE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORP., a corporation, MCDONALD'S U.S.A., LLC, a limited liability company, MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., a corporation, BOBBY O. HAYNES AND CAROLE R. HAYNES FAMILY LIMITED PARTNERSHIP d/b/a MCDONALD'S, a limited partnership, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:14-CV-02096-RS<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE AND MODIFY THE CASE MANAGEMENT SCHEDULING ORDER** |

1 **[PROPOSED] ORDER**

2 Having reviewed the parties' joint proposal regarding a schedule for class certification
3 briefing, the Court approves the parties proposed schedule and orders that the following class
4 certification briefing schedule, with such deadlines contingent on the parties' completion of
5 document production by May 15, 2015:

6     Motions for Class Certification:    July 31, 2015

7     Opposition briefs:    September 4, 2015

8     Reply briefs:    October 2, 2015

9 Further, having reviewed the parties' joint motion and determined that good cause was
10 shown, the Court extends the deadline for the completion of all non-expert discovery from July 6,
11 2015 to August 5, 2015.

13 **IT IS SO ORDERED**

15 Dated: 2/23/2015

HON. RICHARD SEEBORG
United States District Judge

---

PARTIES' JOINT MOTION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE AND MODIFY THE
CASE MANAGEMENT SCHEDULING ORDER; CASE NO. 3:14-CV-02096-RS