UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUADALUPE SALAZAR, et al.,

        Plaintiffs,

    v.

MCDONALD'S CORP., et al.,

        Defendants.

Case No.  14-cv-02096-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 8, 2015.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.  DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

    2.  DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further

United States District Court
Northern District of California

1  discovery matters shall be filed pursuant to that Judge's procedures.

2          3.   CLASS ACTION SETTLEMENTS.

3          In putative class actions, prior to submitting any motion for approval of a class settlement,

4  the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance

5  and tailor the motion appropriately.

6          4.   CASE SCHEDULING

7          The parties shall meet and confer and then provide by October 16, 2015 a proposed class

8  certification hearing date and stipulated briefing schedule.  Further, the parties are to meet and

9  confer to discuss discovery and scheduling for the joint employer summary judgment motion to be

10  filed by McDonald's Corporation, McDonald's U.S.A. LLC, and McDonald's Restaurants of

11  California, Inc.

12

13  **IT IS SO ORDERED**.

14

15  Dated: October 8, 2015

16  _____

17  RICHARD SEEBORG
   United States District Judge