**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| GUADALUPE SALAZAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORP., *et al.*, <br><br> Defendants. | CASE NO. 3:14-cv-02096-RS <br><br> [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR MCDONALD'S DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AS MODIFIED BY COURT <br><br> Complaint Filed:   March 12, 2014 |

Having reviewed the parties' joint proposal and agreement regarding a briefing and hearing schedule for the summary judgment motion to be filed by Defendants McDonald's Corporation, McDonald's U.S.A. LLC, and McDonald's Restaurants of California, Inc. (collectively, "McDonald's Defendants") and for Plaintiffs' motion for class certification, the Court orders the following schedule.

<u>McDonald's Defendants' Motion for Summary Judgment:</u>  The parties will engage in discovery related to the anticipated joint employer summary judgment motion to be filed by the McDonald's Defendants through February 26, 2016.  Discovery related to other issues, including class certification and merits issues, may take place before and after February 26, 2016.

The McDonald's Defendants will file their motion for summary judgment by March 7, 2016; any oppositions and responses will be due by April 4, 2016; and any replies will be due by April 18, 2016.

The McDonald's Defendants' summary judgment motion shall be heard on ~~May 2, 2016 at 10 a.m.~~ May 5, 2016 at 1:30 p.m.

<u>Class Certification Motions:</u>  Motions related to class certification will be filed by June 24,

2016; any oppositions and responses will be due by July 15, 2016; and any replies will be due by July 29, 2016.

Motions related to class certification will be heard on ~~August 22, 2016 at 10 a.m.~~ August 25, 2016 at 1:30 p.m.

In the event the Court has not resolved the McDonald's Defendants' joint employer motion for summary judgment by June 2, 2016, the parties will further meet and confer and provide the Court with a revised proposed hearing date and stipulated schedule for motions related to class certification by no later than June 9, 2016.

**IT IS SO ORDERED.**

Dated: _____10/19/2015_____    _____
HON. RICHARD SEEBORG
United States District Judge

- 2 -
**[PROPOSED] ORDER GRANTING JOINT MOTION AND JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDERS; CASE NO. 3:14-cv-02096-RS**