UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SALAZAR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORP., et al.,<br><br>Defendants. | Case No. 14-cv-02096-RS   (MEJ)<br><br>**ORDER REINSTATING MEET AND CONFER SESSION**<br><br>Re: Dkt. No. 72 |

Having reviewed the parties' recently filed joint discovery letter, Dkt. No. 72, the Court ORDERS counsel for Plaintiffs and Defendants Bobby O. Haynes Sr. and Carole R. Haynes Family Ltd. Partnership ("Haynes") to meet and confer in person as originally planned on February 17, 2016 at 9:00 a.m. in the undersigned's chambers (not courtroom) on the 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties shall notify the Court of their arrival using the intercom at the chambers security entrance on the 15th Floor.  If unable to resolve the dispute at the meet and confer, the parties shall draft a revised joint letter at the session in compliance with paragraph 2 of the Standing Order.  Thus, the parties are ORDERED to bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

Further, in conducting this meet and confer, the parties shall also consider the following:

(1) How to stagger discovery production to correspond with the various upcoming motion deadlines (*see, e.g.*, Jt. Ltr. at 1); and

(2) How Haynes could assist Plaintiffs in narrowing some of their discovery requests.

**IT IS SO ORDERED.**

Dated: February 16, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge