IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| GUADALUPE SALAZAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORP., *et al.*, <br><br> Defendants. | CASE NO. 3:14-cv-02096-RS <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR MCDONALD'S DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AS MODIFIED BY COURT <br><br> Complaint Filed:   March 12, 2014 |

Having reviewed the parties' joint proposal and agreement regarding amendment of the briefing and hearing schedule for the summary judgment motion to be filed by Defendants McDonald's Corporation, McDonald's U.S.A. LLC, and McDonald's Restaurants of California, Inc. (collectively, "McDonald's Defendants") and for Plaintiffs' motion for class certification, the Court orders the following schedule:

<u>McDonald's Defendants' Motion for Summary Judgment:</u>   The parties will engage in discovery related to the anticipated joint employer summary judgment motion to be filed by the McDonald's Defendants through April 22, 2016.  Discovery related to other issues, including class certification and merits issues, may take place before and after April 22, 2016.

The McDonald's Defendants will file their motion for summary judgment by April 29, 2016; any oppositions and responses will be due by May 27, 2016; and any replies will be due by June 15, 2016.

The McDonald's Defendants' summary judgment motion shall be heard on ~~July 14, 2016~~ July 21, 2016, at 1:30 p.m.

<u>Class Certification Motions:</u> Motions related to class certification will be filed by August 26, 2016; any oppositions and responses will be due by September 16, 2016; and any replies will

be due by September 30, 2016.

Motions related to class certification will be heard on October 13, 2016 at 1:30 p.m.

In the event the Court has not resolved the McDonald's Defendants' joint employer motion for summary judgment by August 12, 2016, the parties will further meet and confer and provide the Court with a revised proposed hearing date and stipulated schedule for motions related to class certification by no later than August 19, 2016.

**IT IS SO ORDERED**

Dated: _____March 1, 2016_____     _____
HON. RICHARD SEEBORG
United States District Judge