Fred W. Alvarez (SBN 68115)
Allison B. Moser (SBN 223065)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: 650.739.3939
Facsimile: 650.739.3900
Email: falvarez@jonesday.com
       amoser@jonesday.com

Matthew W. Lampe (SBN 4620852) (pro hac vice)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212.326.3939
Facsimile: 212.755.7306
Email: mlampe@jonesday.com

Lawrence C. DiNardo (SBN 3128594) (pro hac vice)
Elizabeth B. McRee (SBN 6275501) (pro hac vice)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Telephone: 312.782.3939
Facsimile: 312.782.8585
Email: emcree@jonesday.com

Attorneys for Defendants McDonald's Corporation, McDonald's USA, LLC and McDonald's Restaurants of California, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| GUADALUPE SALAZAR, GENOVEVA LOPEZ, and JUDITH ZARATE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MCDONALD'S CORP., a corporation, MCDONALD'S U.S.A., LLC, a limited liability company, MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., a corporation, BOBBY O. HAYNES SR. AND CAROL R. HAYNES FAMILY LIMITED PARTNERSHIP d/b/a MCDONALD'S, a limited partnership, and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.  3:14-cv-02096-RS<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS MCDONALD'S CORPORATION AND MCDONALD'S USA, LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS<br><br>Complaint Filed:   March 12, 2014 |

1    The Court, having considered the Motion to Remove Incorrectly Filed Documents filed by
2    McDonald's Corporation and McDonald's USA, LLC (the "McDonald's Defendants"), hereby
3    finds the following documents were filed in error and removes these documents from the docket:
4    - Dkt. No. 88-1, Exhibit A to the Declaration of Elizabeth McRee
5    - Dkt. No. 88-2, Exhibit B to the Declaration of Elizabeth McRee
6    - Dkt. Nos. 88-13, 93-13, Exhibit M to the Declaration of Elizabeth McRee
7    - Dkt. Nos. 88-14, 93-15, Exhibit N to the Declaration of Elizabeth McRee
8    - Dkt. Nos. 89-1, 93-17, Exhibit R to the Declaration of Elizabeth McRee
9    - Dkt. Nos. 89-2, 93-19, Exhibit S – Part I to the Declaration of Elizabeth McRee
10   - Dkt. Nos. 89-3, 93-21, Exhibit S – Part II to the Declaration of Elizabeth McRee
11   - Dkt. Nos. 89-6, 93-25, Exhibit V to the Declaration of Elizabeth McRee
12   - Dkt. Nos. 89-7, 93-27, Exhibit W to the Declaration of Elizabeth McRee
13   - Dkt. Nos. 89-8, 93-29, Exhibit X to the Declaration of Elizabeth McRee
14   - Dkt. No. 90-2, Exhibit BB to the Declaration of Elizabeth McRee
15   - Dkt. Nos. 90-3, 93-31, Exhibit CC to the Declaration of Elizabeth McRee

16   Accordingly, the McDonald's Defendants' Motion to Remove Incorrectly Filed
17   Documents is GRANTED.

**IT IS SO ORDERED.**

DATED: May 10, 2016

_____
HONORABLE RICHARD SEEBORG
United States District Judge