# EXHIBIT F-39 (Part I)

UNREDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

# Career Path Roadmap

## Crew Trainer Learning Path

- **SOC Verification** — 1 course
- **Orientation** — 4 courses
- **Training** — 5 courses
- **Verification** — 2 courses

## Department Learning Path

- **Orientation** — 8 courses
- **Area Management** — 7 courses
- **Shift Management** — 8 courses
- **ServSafe** — 1 course
- **Intro to Management** — 3 courses

- **Orientation** — 7 courses
- **Shared Courses** — 4 courses
- **Guest Services** — 5 courses
- **Kitchen** — 9 courses
- **People** — 13 courses
- **Shared Course** — 1 course
- **Leadership Capstone** — 3 courses

## General Manager Learning Path

- **Orientation** — 8 courses
- **Business Leadership 1st Semester** — 10 courses
- **2nd Semester** — 9 courses
- **Capstone** — 4 courses

## Mid-Manager Learning Path — Consultant/Supervisor

- **Getting Started** — 4 courses
- **Transition to Role** — 7 courses
- **Growing in Position** — 3 courses
- **Preparing for More** — 1 course

## Mid-Manager Learning Path — Manager/Director

- **Getting Started** — 4 courses
- **Functional Training & Certification** — 9 courses
- **Transition to Role** — 7 courses
- **Growing in Position** — 3 courses
- **Preparing for More** — 1 course

**ICON LEGEND:** Catalog, Instructor-led Class, Virtual Classroom, On-the-Job Demonstration, e-Learning

EXHIBIT 39 — Hayues-Watts 3-29-16 — tabbies

MCDSAL001422

HIGHLY CONFIDENTIAL




# Crew Trainer Learning Path

**Learn to build your crew's capability to deliver Quality, Service, Cleanliness and Value**

HIGHLY CONFIDENTIAL
MCDSAL001423



HIGHLY CONFIDENTIAL

**Crew Trainer Learning Path**

# Learner's Guide

Crew trainers teach, coach, and demonstrate to crew how to perform station procedures. They demonstrate how each station delivers our brand promise: Quality, Service, Cleanliness, and Value. And they take a big step toward growth and future leadership. That will be you—once you complete this learning path.

## Orientation

| Your course | On LMS | What you'll do |
|---|---|---|
| **SOC-Verification** | N/A | Verify with your People Manager that you properly follow the procedures outlined in the Station Observation Checklist (SOC) at the appropriate stations. |
| **Orientation Checklist** 30m | 0210 | Print this checklist and walk through it with your coach to find out what you need to get started. Check off each item as your coach reviews it. Access learning items in the Learning Management System (LMS). |
| **Role Profile & Leadership Behaviors** 15m | 0210 | Review this important resource to be sure that you understand the responsibilities and expectations of the Crew Trainer role. |
| **Curriculum Overview** 10m | 0210 | Review this tool with your coach during orientation to understand your learning path. |
| **Introduction to the LMS** 15m | 0210 | Crew Trainers review this e-Learning to learn how to navigate the LMS. |

## Training

| Your course | On LMS | What you'll do |
|---|---|---|
| **Pre-assessment Workbook e-Learning Trainer's Notes Tools & Tips** 15m 5h 30m 30m 2h 15m 30m | 0210 | See the big picture of crew member training plans and requirements. Find out how to build your crew's confidence and positive attitude—helping your restaurant deliver the McDonald's Brand Promise. Learn to communicate with crew members and provide helpful feedback, as well as how to conduct your first crew member station training. |

**Crew Trainer Learning Path**
**Learner's Guide** continued

## Verification

| Your course | On LMS | What you'll do |
|---|---|---|
| **Verification**<br>☐ 30m<br>☑ 2h | 0210 | Print the Crew Trainer Verification Form for your Coach to verify you are fully trained as a role model, coach, teacher, and expert. You will be verified over the course of two to three shifts (peak and non-peak).<br><br>*Note: You must be verified as a Crew Trainer before becoming a Shift Manager.* |



# Shift Manager Learning Path

**US Training, Learning & Development**

**Learn to manage teams that deliver excellence and drive business results**

HIGHLY CONFIDENTIAL

MCDSAL001427



HIGHLY CONFIDENTIAL

MCDSAL001428

**Shift Manager Learning Path**
*Learner's Guide*

As Shift Manager, you're responsible for planning shifts, monitoring safety and security, monitoring performance, meeting quality standards, and driving restaurant profitability.

## Orientation

| Your course | On LMS | What you'll do |
|---|---|---|
| **Kickoff Packet** <br> 30m | n/a | Receive a folder containing all the information you need to become a fully trained and capable shift manager. |
| **Shift Manager Orientation** <br> 10h | | The Shift Management Orientation provides an opportunity for you and your coach to talk about your new role and performance expectations. In addition, you will learn some very important laws and policies that you will be able to use when making difficult management decisions. |
| **LMS Basics** 50m <br> 45m <br> 5m | 0310 | Review basic functions of the LMS, including how to launch a training session and register for a class. |
| **Shift Manager Role Profile & Leadership Behaviors** <br> 5m | 0310 | Review this important resource to be sure that you understand the responsibilities and expectations of the Shift Manager role, and the leadership behaviors you need to display. |
| **Wage & Hour** 1h 35m <br> 5m <br> 1h 30m (two parts) | 0310 | Become familiar with federal and state laws governing employee pay, which hours they may work, and which duties they may perform. Learn to distinguish who establishes policies and practices for your restaurant. <br><br> *Note: As a McOpCo manager, you need to complete this compliance course each year.* |
| **McDonald's History and Culture** <br> 5m | 0310 | Travel back (quickly!) through time and discover McDonald's history and culture—beginning in 1948! |
| **Respectful Workplace** <br> 1h | 0320 | Learn to create and maintain the safe and respectful work environment each crew member deserves. Review McDonald's workplace policies, and learn to identify and address respectful workplace situations. |
| **Basic People Skills** <br> 25m | 0320 | Cultivate the people skills you need to build trust and earn respect from the people you manage. Find out ways to communicate effectively with crew members, fellow managers, supervisors, and guests. |

# Area Management

| Your course | On LMS | What you'll do |
|---|---|---|
| **Production Area** 25h 15m<br>  7h 15m<br>  2h + two to three 4h shifts<br>  4h shift | n/a | Learn to ensure the product we serve is safe, meets quality standards (hot, fresh, tasty, and presented well), and reaches the guest quickly. Prepare to monitor the performance and positioning of crew, confirm proper equipment operation and settings, and supervise the flow and quality of product. |
| **Food Safety for Shift Managers**<br>  35m | 0320 | Walk through how to complete the daily food safety checklist. Learn the importance and value of this type of procedural checklist in our restaurants. |
| **Production Verification** | n/a | Four hours on-the-floor |
| **Front Counter Area** 20h<br>  2h<br>  2h + two to three 4h shifts<br>  4h shift | n/a | Learn to ensure your restaurant delivers high-quality, tasty products—quickly and with excellent, friendly service. Prepare to monitor the performance and hospitality of crew, confirm proper equipment operation and settings, and supervise order placing and assembly times to help your restaurant meet targets for total guest experience time at the front counter. |
| **Guest Expectations**<br>  25m | 0320 | Find out what your guests expect when they visit your restaurant, and how to expertly handle guest service situations that may arise day-to-day. |
| **Front Counter Verification** | n/a | Four hours on-the-floor |
| **Drive-Thru Area** 17h<br>  1h<br>  Two to three 4h shifts<br>  4h shift | n/a | Learn to ensure your restaurant delivers high-quality, tasty products with speedy, friendly service. Good drive-thru service requires high levels of speed and accuracy—once the guest pulls away, it's too late to fix. Prepare to monitor the performance and positioning of crew, confirm proper equipment operation and settings, and supervise the flow and quality of product. |

# Shift Management

| Your course | On LMS | What you'll do |
|---|---|---|
| **Shift Management**<br>17h 45m<br>  11h 30m<br>  6h 15m | n/a | Find out how to devise and implement shift plans, and analyze your (and your crew's) performance after each shift. Understand what elements you can control to promote restaurant profitability, and how to control costs without sacrificing guest and employee satisfaction. Learn the tools and procedures you need to maintain a safe, secure environment in a variety of circumstances. |
| **Optimization**<br>  5m | 0320 | Receive an outline of how equipment should be placed in your restaurant. |
| **Cabinet Management**<br>  5m | 0320 | Quickly review how cabinet management works. |

**Shift Management** continued

| Your course | On LMS | What you'll do |
|---|---|---|
| **Shift Management** 30m | 0320 | Get tips on how to manage a shift effectively and appropriately react to scenarios you might encounter during a shift. |
| **Profitability** 30m | 0320 | Prepare for Intro to Management Class and learn the fundamentals of increasing profitability in your restaurant. |
| **Prioritization** 10m | 0320 | Learn to prioritize opportunities in your day-to-day work for creating Quality, Service, Cleanliness, and Value (QSC&V). |
| **Internal Verification** 4h shift | n/a | During a four-hour shift, confirm with your coach that you're fully trained and capable of running a shift by yourself. |
| **External Verification** 4h shift | n/a | Work with someone outside the day-to-day operations of your restaurant (owner/operator, business or operations consultant, or area supervisor) to confirm you're able to run the shift by yourself successfully. |

# ServSafe

| Your course | On LMS | What you'll do |
|---|---|---|
| **ServSafe** 10h 5m<br>8h<br>2h<br>5m | n/a<br><br><br>0320 | Hear from the National Restaurant Association about important topics like basic food safety, personal hygiene, cross-contamination, food allergens, food storage and serving temperatures, cleaning, and sanitation. Take a two-hour test at the end of the course. You must pass with a score of 75% or better before attending the Introduction to Management class. |

# Introduction to Management

| Your course | On LMS | What you'll do |
|---|---|---|
| **Pre-Class Work** 3h 30m<br>3h<br>30m | 0330 | Prepare, with the help of your coach, for a successful learning and growth experience at the capstone class. |
| **Introduction to Management** 24h | n/a | Attend a 3-day class in your region. Learn to think and manage in new ways that improve your restaurant's overall performance. Working individually and in teams, complete activities that help improve QSC&V, sales, profit, and people. Gain a better understanding of how your decisions impact your restaurant, organization, region, and the business. |
| **Post-Class Action Plan** 1h<br>4–6 weeks implementation | 0330 | Plan, with your coach, to successfully apply what you learned in the class. |



# Department Manager Learning Path

**Learn to manage the three departments of the restaurant to achieve business results**



HIGHLY CONFIDENTIAL

MCDSAL001432

# Department Manager Learning Path
## Roadmap

**Next →** General Manager Learning Path

### Orientation

| Course | Code · Duration |
|---|---|
| LMS Basics | 0510 · 50m |
| RDM Basics | 0510 · 40m |
| Managing Your Department Using e*RDM | 0510 · 50m |
| Cleanliness, Planned & Daily Maint., SOCs | 0510 · 1h 30m |
| Department Management & Performance | 0510 · 1h |
| Scorecards | 0510 · 30m |
| Verification | 0510 · 30m |

### Shared Courses

| Course | Code · Duration |
|---|---|
| Leading Department Results | 0515 · 3h |
| Operating System Diagnostic Tool | 0520 · 4h 50m |
| Wage & Hour | 0530 · 1h 35m |
| Respectful Workplace | 0535 · 1h |

*If you're a McOpCo DM you will take all courses as usual*

*If you've completed orientation and shared courses, go directly to functional training.*

### FUNCTIONAL TRAINING
Choose 1 of 3 tracks

*Talk to your coach about which area of Functional Training to take*

*If you're a Licensee DM shaded courses with the E icon are electives*

#### Guest Service

| Course | Code · Duration |
|---|---|
| Arranging the Service Stock Areas | 0541 · 1h 35m E |
| Cash Audits | 0541 · ... E |
| Virtual Collaboration | 0542 · 1h |
| Building Sales with LSM & POP | 0543 · 3h 25m E |
| Mystery Shop Results | 0544 · 2h 20m |

#### Kitchen

| Course | Code · Duration |
|---|---|
| Arranging the Production Area | 0550 · 1h 55m E |
| Production Management | 0551 · 2h 30m |
| Managing Food Safety | 0552 · 3h 20m |
| Virtual Collaboration | 0553 · 1h |
| Manage the Stock | 0554 · 1h 50m E |
| Taking Inventory | 0554 · 2h 50m |
| Ordering Food, Paper, Supplies with ROP | 0554 · 1h 55m E |
| Monitoring Food Cost | 0554 · 2h 55m |
| Controlling Food Cost | 0554 · 4h 25m |

#### People

| Course | Code · Duration |
|---|---|
| 30-Day Follow-Up Crew Orientation | 0561 · 30 days |
| Hire & Assign Crew | 0561 · 2h 20m E |
| Crew Room | 0561 · 1h 5m E |
| Uniforms | 0561 · 30m E |
| Crew Communications | 0562 · 35m |
| Creating & Monitoring Crew Training Plans | 0563 · 30m |
| Maintaining Training Materials | 0563 · 2h 30m |
| Selecting & Training Crew Trainers | 0563 · 4h 10m |
| Virtual Collaboration | 0564 · 1h |
| Projecting Transactions & Labor | 0565 · 3h E |
| Performing Weekly ISP Updates | 0565 · 3h 30m E |
| Generating & Balancing the Schedule | 0565 · 6h 30m E |
| Analyzing & Controlling Labor | 0565 · 3h 30m E |

### Shared Courses

| Course | Code · Duration |
|---|---|
| Performance Reviews | 0570 · 3h 15m E |

### Leadership Capstone

| Course | Code · Duration |
|---|---|
| Pre-Work | 0580 · 1h |
| Capstone | 0580 · 16h |
| Post-Work | 0580 · 1h |

*Congrats on your hard work!*

### ICON LEGEND
- Coaching
- Instructor-led Class
- Virtual Collaboration
- e-Learning
- Self Study/Resource
- Verification Milestone
- **A** Assessment Task
- **V** Verification Task
- **E** Elective Course for Licensee DM's only
- Course Sequence
- 0510 On the LMS

September 23, 2014

HIGHLY CONFIDENTIAL

# Department Manager Learning Path
## Learner's Guide

As a Department Manager, you play a key role in delivering outstanding restaurant results. You ensure the training and capability of the crew, smooth and efficient operation of the kitchen, and a clean, comfortable environment where guests receive top-notch service. This learning path prepares you for success in your role as Department Manager.

## Orientation

| Your course | On LMS | What you'll do |
|---|---|---|
| **LMS Basics** 50m<br>45m<br>5m | 0510 | Review the basic functions of the LMS, including how to launch a training session and register for a class. |
| **RDM Basics** 40m<br>35m<br>5m | 0510 | Get a glimpse into the structure, tools and steps of the Restaurant Department Manager (RDM) Curriculum, designed to help you become a more effective restaurant leader. |
| **Managing Your Department Using e*RDM** 50m<br>45m<br>5m | 0510 | Learn to use e*RDM to delegate tasks and SOCs, and to check your performance using Department Scorecards. |
| **Cleanliness, Planned & Daily Maintenance, SOCs**<br>1h 30m | 0510 | With your coach, walk through the process of using e*RDM to handle cleanliness, planned and daily maintenance, and SOCs. Learn to use e*RDM to define responsibilities, delegate tasks, monitor progress and resolve issues, and measure the results of your efforts. |
| **Department Management & Performance**<br>1h | 0510 | Be introduced to the most important processes and routines in your department. Prepare for weekly walk-thrus and manager's meetings. Learn to communicate department targets and performance to your team. |
| **Scorecards**<br>30m | 0510 | Learn to use Department Scorecards to monitor and report progress on your department's goals and objectives, how to enter department results in e*RDM, and how to use the Department Scorecards Support Tool when you need help. Understand the important link between Department Scorecard results and the overall results of your restaurant. |
| **Orientation Verification**<br>30m | 0510 | Verify, with your coach, that you've acquired the necessary knowledge and skills during orientation to move on to functional training. |