# EXHIBIT F-76 (Part I)

UNREDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Watt Jennie |
| To: | Borba Daniel (US Partners); Borba Tami (US Partners); Carlisle Gary (US Partners); Teresa Carlisle (teresa.carlisle@partners.mcd.com); Costa Raymond (US Partners); Ewell Anthony (US Partners); Fagundo Cosme (US Partners); 'Dania Fagundo' (dania.fagundo@partners.mcd.com); Guerrero Martin (US Partners); Guerrero Tila (US Partners); Bobby Haynes Jr (Bobby.HaynesJr@partners.mcd.com); Haynes-Watts Michele (US Partners); Haynes Bobby (US Partners); Henley James (US Partners); Stacey Henley Henley (stacey.henley@partners.mcd.com); Hofman Richard Landon (US Partners); Johnson Clint (US Partners); Johnson-Sunseri Carra (US Partners); Lefler Donald (US Partners); Lemus Carmen (US Partners); Lemus Rudy (US Partners); Parker Thomas (US Partners); Peat Janet (US Partners); Peat Stephen (US Partners); Smith Edward (US Partners); Smith Valerie (US Partners); 'Michael Smith' (michael.smith@partners.mcd.com); Tripplett Larry (US Partners); Nicholas Vergis (nicholas.vergis@partners.mcd.com); Wong Alan (US Partners); Wong Rachel (US Partners) |
| CC: | Dubois Steven; Mina Jerry; Moalikyar Mohommed; Vizcarra Angie |
| Sent: | 8/19/2013 9:08:45 PM |
| Subject: | FW: POST- Employee Engagement Training Documents |
| Attachments: | Demonstration_Guidelines_CA_Only_4 30 2013 FNL.docx; Employee Engagment_HR Content_OO.PDF |

Good Evening, Operators,

I'm sharing the attached documents as requested by HR Director Erick Deluna.

If you have any further questions regarding these documents, please reach out to Erick directly.

Thank you,
Jennie

**"In an effort of capturing unmet demand, how do we increase capacity by streamlining the workflow to achieve sales and guest count growth?"**

**Please click <u>here</u> to share your perspective around people (O/O's, Mid-Managers, and Restaurant Teams). Thank you!**

Jennie Watt
Field Service Manager
Pacific Sierra Region
2999 Oak Road, Suite 900
Walnut Creek, CA 94597
Cell: 831-207-3094
E-Fax: 925-407-8349
E-mail: Jennie.Watt@us.mcd.com

---

**From:** Deluna Erick
**Sent:** Tuesday, August 13, 2013 4:33 PM
**To:** Fischer Lisa; Watt Jennie
**Cc:** Gehret Dan; Mohamed Donna; Clinton Diane; Sawyer Jason
**Subject:** POST- Employee Engagement Training Documents
**Importance:** High

Hello Team,


EXHIBIT 76
Haynes-Watts

Here are a few key actions items that you may want to share with your operators in regards to the "situations" we are experiencing:

- Know, use and trust the BHOT'r (benefits, hiring, orientation, training and retention) tools. They can help you to deliver on the **8 Proven People Practices**
- Rev-up restaurant communications – listen to your employees and take immediate action. Follow up with the employees providing any additional support and/or closure to the situation.
- Be aware of the workplace environment – conduct travel paths- operators presence in the restaurant is very important (especially late night and overnight shifts)
- Make sure your employees understand your organization's policies (i.e., No Solicitation, No Loitering) and that they are administered consistently amongst all employees and customers alike.
- Know and understand the **CA Demonstration Guidelines**

As was mentioned earlier, please don't hesitate to contact me should you have any questions or concerns.

Sincerely,

*Erick De Luna*
*HR Director- Pacific Sierra Region*

2999 Oak Road
Walnut Creek, CA 94597
C: 562.355.8273
F: 866.424.5120
erick.deluna@us.mcd.com

  

**Good Food**   **Good People**   Good Neighbor

HIGHLY CONFIDENTIAL

MCDSAL024074



1-877-623-9150

Title: **Demonstration Guidelines - CA Only**

**Last Revised:** 04/30/2013
**Category:** Employee Relations
**People Driver:** Resources to Get the Job Done
**Review Date:** 04/30/2013
**Pages:** 4

This document is confidential and for the exclusive use of staff and store management employees of McDonald's Corporation. It also is offered as a resource for McDonald's subsidiaries, affiliates, and licensees. Subsidiaries, affiliates, and licensees establish their own human resources policies and practices and may choose the information that will be helpful to them in operating their businesses. Subsidiaries, affiliates, and licensees should customize any documents to meet the needs of their particular organization (including but not limited to deleting any references to McOpCo or McDonald's Corporation in model policies, practices, programs, procedures, etc.). Subsidiaries, affiliates, and licensees should consult their own legal counsel concerning any legal issues affecting their business.

If you printed this document in the past, before using it you should ensure it still is the most current version, as documents are regularly updated. To ensure that you are using the most current version of this document, (a) compare the "Last Revised" dates on the document you printed and the comparable document that exists on the Human Resource Knowledge Base, or (b) contact Human Resource Consulting (1-877-623-9150).

**Summary:**
From time to time, activist non-labor or labor organizations will select McDonald's as the target site for a protest demonstration in an effort to generate awareness and publicity for their cause. If at any time any form of protest – handbilling, leafleting, picketing, etc., occurs at your restaurant, the following procedures should be put into effect immediately:

**Main Document:**
# CALIFORNIA DEMONSTRATION GUIDELINES

## HANDBILLING OR LEAFLETING BY LABOR AND NON-LABOR ORGANIZATIONS

HIGHLY CONFIDENTIAL                                                                                                          MCDSAL024075

1. In California, handbillers/leafletters from both labor and non-labor organizations are allowed to assemble on public property. Handbillers/leafletters from non-labor organizations are also permitted on private property that is generally open to the public (e.g., inside a mall), but they must stay away from entrances and exits to the restaurant buildings. Handbillers/leafletters from labor organizations are permitted on private property that is generally open to the public (e.g., inside a mall), and are also permitted to stand peacefully at or near entrances and exits to the restaurant buildings, even on private property, so long as they are not blocking entry or exit from those entrances and exits.

2. Handbillers/leafletters from either labor or non-labor organizations are not permitted to conduct handbilling or leafletting inside the restaurant. You can ask them to leave: if they do not, the police can be called to remove them. **(Seek advice from HR CONSULTING before having anyone forcibly removed from the premises.)**

3. Handbillers/leafletters from both labor and non-labor organizations can hand their flyers to drivers as they turn onto the restaurant property. However, if they create a traffic hazard, you can ask them to stop blocking traffic. If they refuse to stop, the police can be called. It will be up to the police to determine whether the handbilling or leafletting creates a sufficient traffic hazard to warrant action. Do not take matters into your own hands, or get into a confrontation.

4. Handbillers/leafletters from either labor or non-labor organizations cannot wave traffic away from your store. You can tell them to stop.

5. Handbillers/leafletters from both labor and non-labor organizations who are protesting your use of non-union building contractors or sub-contractors can distribute their flyers at places other than just the construction site. They can distribute their flyers at an adjacent restaurant (in a rebuild situation) or at other restaurants of the operator.

6. You can monitor all non-employee activity, including taking photographs and videos of events. If the activity is being conducted by employees and it is peaceful, you cannot monitor it.

## PICKETING

1. Picketers from labor and non-labor organizations have the same rights and limits as do handbillers/leafletters from labor and non-labor organizations.

2. Where labor organization picketers are protesting the use of non-union contractors (including in the guise of "Area Standards" picketing), you can have the general

contractor set up "reserved gates" that the picketers then must honor by limiting their picketing to the area around the gate that the offending contractor uses.

Store management should remain calm and conduct business routinely taking extra effort to keep the customers and crew calm.

Questions from customers should only be handled by members of the management team. The manager should address the customer's questions politely, away from other customers, to avoid causing additional interest or concern.

One member of the management team should continue to monitor the situation until the demonstration ends.

## WHAT TO DO IN THE FIRST 10 MINUTES

You have just noticed that there are people outside your restaurant or even inside your restaurant who are doing or saying things you do not like. Maybe they are picketing, maybe they are handbilling; maybe they are using a bullhorn to incite a crowd; maybe they are engaging in a sit-in; maybe they are doing something else.

**So what are you going to do to manage the situation?**

**1. Do not panic!**

**2. Do not panic!**

**3. Do not panic!**

Okay, you're not panicking. But you have to take action.
**1. Observe what is going on so you can answer the following questions:**
        **a. What are the people doing?**

        **b. How many people are involved?**

        **c. What are they protesting about?**

        **d. Are they carrying signs? What do the signs say?**

        **e. Are they distributing handbills? What do the flyers say?**

        **f. Is any Construction happening?**

       g. Are they blocking ingress or egress?

       h. Where are they located?

       i. If there is any violence, what happened?

       j. Is any media involved?

**2. CALL HR CONSULTING at 1-877-623-9150 and provide them the answers to the questions above.**

## ESCALATED DEMONSTRATION GUIDELINES

If a peaceful demonstration escalates, following are some additional action steps to take:

### Vandalism/Destruction to McDonald's Property

The possibility exists that individuals or groups may break windows, use spray paint, or otherwise try to deface our property. They could do this during the day or more likely when the store is closed.

If any damage is discovered, the store should notify the local police (to complete a police report for insurance requirements) and **immediately** take all steps possible to clean up or repair the damage.

Opening managers should ensure they drive the lot before opening and conduct a thorough travel path of the lot when they open for business and regularly inspect the physical plant throughout the day for possible graffiti, signs or other property damage.

As soon as any visible defacement or damage is discovered, the store should notify the police, then quickly arrange for repair, replacement or cleaning of the affected area. Areas left undetected or left in disrepair provide opportunities for unwanted media coverage, negative impressions on our customers and an invitation for more vandalism to the store.

### Violent demonstrations or Acts of Violence

There are some activist groups (especially some animal rights groups) that are known for using more militant or dramatic tactics to draw attention to their cause. They could range from using smoke bombs, throwing eggs, blood or red paint.

These acts are illegal and cannot be tolerated. If a demonstration escalates to this level, or if these incidents occur in isolation, the store needs to contact their security manager or the local police immediately for assistance, while the Manager or Owner/Operator informs the offenders that they are breaking the law and must remove the materials or stop their activities immediately. Please use some common sense. We want to diffuse the situation, not aggravate it.

If there is any visible aftermath -- such as garbage on the lot or eggs on the windows or building, etc., the store should clean the area immediately to avoid possible "visuals" for television or newspaper photographers, or questions from customers.

**NOTE**: In the event that the store needs to notify the local police, be aware that the media monitor police scanners and reports. As a result, you may get a call from the media shortly afterward. **If you do, call the MAP line before responding.**

Date of Document Addition: 04/30/2013
Name of Author: Steve Fine

# LEGAL DISCLAIMER

Owner/Operators are independent employers and make their own policies regarding employment-related matters. Owner/Operators may choose to use information from these materials that will be helpful to them in operating their own McDonald's restaurant(s). If you work for an Owner/Operator organization, please check with your Owner/Operator, or the person designated by your Owner/Operator, to determine whether and which of these materials apply to your organization.

Because Owner/Operators are independent employers who make their own employment policies and decisions, Owner/Operators may choose to use part, all or none of the contents contained in these materials. To the extent these materials contain certain references to Owner/Operators, these references are for demonstrative purposes only and are incorporated in an effort to assist Owner/Operators in case they choose to implement any portion of these materials within their individual organizations.

The information contained in this presentation or deck is confidential, proprietary information of McDonald's Corporation. Unauthorized use, disclosure or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful.

MCDSAL024080

HIGHLY CONFIDENTIAL



# Engaging Employees Through Effective People Practices



i'm lovin' it®

MCDSAL024081

HIGHLY CONFIDENTIAL

# Engaged employees save money

| $600 | $700 | $$$$ |
|---|---|---|
| Average cost per restaurant if you use the BHOT r Tools featured today | Cost each time a restaurant loses one crew employee | What could it cost your organization if you experience 3rd party intervention? |

MCDSAL024082

HIGHLY CONFIDENTIAL

# People Practices Self-Assessment

| | Yes | No |
|---|---|---|
| 1. My crew and managers know what benefits are available and they actively participate. | | |
| 2. My restaurant uses a consistent process to identify and select new hires and crew trainer and manager candidates. | | |
| 3. All new hires receive a new hire orientation and 30-Day follow-up. | | |
| 4. My crew and managers have received the training necessary to deliver a great customer experience. | | |
| 5. My employees are comfortable bringing their concerns to me and my managers and when they do we take action. | | |
| 6. My restaurant conducts shift huddles, rap sessions and/or crew meetings to communicate changes on a regular basis. | | |
| 7. My employees are recognized when they do a good job and rewarded when we reach out targets. | | |
| 8. My employees understand and follow our restaurant's policies and procedures. | | |
| 9. My employees are held accountable in a fair and consistent manner. | | |
| 10. My employees are proud to work at my restaurant. | | |

MCDSAL024083

HIGHLY CONFIDENTIAL

# 8 Proven People Practices

- Attract, hire, promote and retain high quality customer-focused employees
- Provide an informative and motivating orientation and effective training to all employees
- Ensure pay raises occur according to schedule
- Position crew members and managers to deliver the best customer service
- Ensure good communications among managers and crew
- Give crew their breaks and ensure there is enough crew scheduled to handle the workload
- Provide the necessary equipment to do quality work
- Provide a safe and comfortable environment



b•h•o•t→r
benefits. hiring. orientation. training. = retention

MCDSAL024084

HIGHLY CONFIDENTIAL

# Total Compensation Philosophy

A **Total Compensation Philosophy** can help to guide the design of your compensation and benefits programs and enables you to set expectations about the types of rewards employees will receive if they perform their jobs and contribute to the restaurant's success.

**A well-designed program helps to ensure**

- Pay and benefits are fair and competitive in the local market
- Pay ranges are structured to foster improved performance
- Employees receive consistent and timely reviews (and merit increases when applicable)

MCDSAL024085
HIGHLY CONFIDENTIAL

# O/O Benefits and Comp Toolkit

The O/O Benefits and Compensation Toolkit is an interactive, one-stop resource designed to help you protect and improve profitability by making effective and informed decisions.

**Resources you will find**

- Market based and McOpCo pay ranges
- RDM Compensation Roadmap
- Benefit Value Menu
- Career Ladder and Benefits Resume
- Pay and Benefits Statement

MCDSAL024086

HIGHLY CONFIDENTIAL