# EXHIBIT S-30

UNREDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

| From: | Anguiano Alma |
|---|---|
| Sent: | Tuesday, April 17, 2012 10:27 PM |
| To: | Pacific Sierra Region Operators |
| Cc: | US-Pacific Sierra Staff; US-Pacific Sierra Department Heads; Gillen Dan; Riddell Cheryl; Spencer Starla; Gonzalez Lola; Chang Susan; Santana Samantha; Jones Terry |
| Subject: | April 30th NLRB Notice Implementation Delayed |
| Importance: | High |

Hello Pacific Sierra Owner/Operators,

**NLRB notice put on hold**
As recently communicated, legal activity regarding the NLRB notice continues. On Friday, April 13th, a South Carolina federal court ruled against the requirement to post the NLRB notice and today a D.C. appellate court prohibited the NLRB from requiring the April 30th notice pending the outcome of an appeal. **As a result, we recommend not posting the NLRB notice until there are further rulings from the courts.**

**An important new design for the 9-in-1 poster**
In the meantime, our cross-functional team, in conjunction with the National People Team, is proceeding with the design of a new, consolidated 9-in-1 poster for owner/operator restaurants (and a new 10-in-1 poster for McOpCo). The new consolidated poster is intentionally designed larger to prominently feature on the left-side some of the important resources available to employees.

The upper, left-hand corner of the poster includes a critical section to note the name and person employees should contact with concerns, and you will want to ensure that this completed prior to posting. Employees should and confident going to their employer for solutions.



(shown here) number of the questions or section is feel comfortable answers and

The best defense against potential employment offense, and this forthcoming poster can be an developing a strong offense. The very best thing issues is a great effective tool in we can do to ensure that McDonald's and our franchisees continue to directly address the needs and concerns of our employees is to know our people, listen to them, take them seriously and treat them right.

The new poster is being finalized, and ordering details will be made available soon. For those owner/operators who have already placed an order for the 9-in-1 poster *with* the NLRB notice, Franke has agreed to cancel those orders.

As previously shared, the new version will also include the required and recently updated federal employment notices (Federal Minimum Wage, Polygraph, USERRA) and a few additions regarding employment practices (Employee Pay, Open Door) so that we can communicate all employment-related messages in a unified fashion. The No Solicitation Policy has also been updated. And, should the requirement to post the NLRB notice be upheld on legal appeal, we will make a version of the poster with the NLRB notice available, as well.

I will continue to update you on all NLRB-related issues as new information becomes available. If you have any questions, please contact me directly.

*The information contained in this memorandum is confidential and for the exclusive use of employees of McDonald's Corporation and is offered as a resource to Owner Operators. Owner Operators are independent employers who establish their own human resource policies and may choose the information from this material that will be helpful to them in operating their businesses. For any legal issues affecting their businesses, subsidiaries, affiliates, and licensees should consult their own legal counsel.*

Δ π EXHIBIT 30
Deponent Anguiano
Date 2/5/14 Rptr. MJ
WWW.DEPOBOOK.COM

HIGHLY CONFIDENTIAL

MCDSAL058172

Thank You,

Alma Anguiano
HR Director
McDonald's USA LLC,
Pacific Sierra Region

p 925.949.4000
c 916.276.0284
f 602.297.6719

HIGHLY CONFIDENTIAL