United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUADALUPE SALAZAR, et al.,

         Plaintiffs,

    v.

MCDONALD'S CORP., et al.,

         Defendants.

Case No. 14-cv-02096-RS

**ORDER REGARDING MOTIONS TO SEAL**

The parties are directed to meet and confer and then file a proposed order regarding the sealing motions currently pending in this matter. *See* Dkt. Nos. 93, 96, 102, 130, 152, 159, 182. The proposed order need not cover exhibits for which disagreement remains.

In addition, the parties shall file one consolidated document: (1) listing each exhibit for which a sealing request is pending, (2) indicating whether the parties are still seeking to seal that document (3) listing the name of the party making the request, (4) indicating whether the request is opposed or unopposed, and (5) indicating the proposed basis for sealing the document, in accordance with Civil Local Rule 79-5. The proposed order and consolidated exhibit list shall be filed as soon as practicable, but in any event not later than seven (7) days from the date of this order.

**IT IS SO ORDERED**.

Dated: July 26, 2016

_____

RICHARD SEEBORG
United States District Judge