# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| GUADALUPE SALAZAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORP., *et al.*,<br><br>Defendants. | **CASE NO. 3:14-cv-02096-RS**<br><br>[~~PROPOSED~~] **ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR MOTION RELATED TO CLASS CERTIFICATION** AS MODIFIED BY THE COURT<br><br>Complaint Filed: March 12, 2014 |

Having reviewed the parties' joint proposal and agreement regarding a briefing and hearing schedule for motions related to class certification, the Court orders the following schedule.

Motions related to class certification will be filed by September 23, 2016; any oppositions and responses will be due by October 21, 2016; and any replies will be due by November 11, 2016.

Motions related to class certification will be heard on ~~December 1~~, December 8, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 8/22/16  _____
HON. RICHARD SEEBORG
United States District Judge

---

**[PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE;
CASE NO. 3:14-cv-02096-RS**