IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| GUADALUPE SALAZAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORP., *et al.*, <br><br> Defendants. | CASE NO. 3:14-cv-02096-RS <br><br> [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT <br><br> Complaint Filed: March 12, 2014 |

    Having reviewed the parties' joint proposal and agreement regarding a briefing and hearing schedule for Defendants' Motion for Summary Judgment (Doc. No. 267) (the "Motion"), the Court orders the following schedule.

    Plaintiffs' opposition to the Motion will be filed by February 21, 2017; any reply will be filed by March 3, 2017.

    The Motion will be heard on March 16, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: __2/7/17_____ _____
                                                HON. RICHARD SEEBORG
                                                United States District Judge