UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SALAZAR, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>MCDONALD'S CORP., et al.,<br><br>            Defendants. | Case No. 14-cv-02096-RS<br><br>**ORDER OF JUDGMENT** |

Pursuant to the order entered on this date granting Defendants' second motion for summary judgment and the order entered on August 16, 2016 granting Defendants' first motion for summary judgment, judgment is hereby entered against Plaintiffs and in favor of Defendants.

**IT IS SO ORDERED**.

Dated: March 10, 2017

_____
RICHARD SEEBORG
United States District Judge