UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SALAZAR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCDONALD'S CORP., et al.,<br><br>    Defendants. | Case No. 14-cv-02096-RS<br><br>**AMENDED ORDER OF JUDGMENT** |

Pursuant to the order entered on March 10, 2017 granting the second motion for summary judgment from McDonald's Corp., McDonald's U.S.A., LCC, and McDonald's Restaurants of California, Inc. ("Defendants") and the order entered on August 16, 2016 granting Defendants' first motion for summary judgment, judgment is hereby entered against Plaintiffs and in favor of Defendants.

**IT IS SO ORDERED**.

Dated: March 28, 2017

_____
RICHARD SEEBORG
United States District Judge