Fred W. Alvarez (SBN 68115)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650.739.3939
Facsimile: 650.739.3900
Email: falvarez@jonesday.com

Lawrence C. DiNardo (SBN 3128594) (*pro hac vice*)
Michael J. Gray (SBN 6210880) (*pro hac vice*)
Elizabeth B. McRee (SBN 6275501) (*pro hac vice*)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Telephone: 312.782.3939
Facsimile: 312.782.8585
Email: lcdinardo@jonesday.com
Email: mjgray@jonesday.com
Email: emcree@jonesday.com

*Attorneys for Defendants*
*McDonald's Corporation, McDonald's USA, LLC*
*and McDonald's Restaurants of California, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| GUADALUPE SALAZAR, GENOVEVA LOPEZ, and JUDITH ZARATE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORP., a corporation, MCDONALD'S U.S.A., LLC, a limited liability company, MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., a corporation, BOBBY O. HAYNES SR. AND CAROL R. HAYNES FAMILY LIMITED PARTNERSHIP d/b/a MCDONALD'S, a limited partnership, and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 3:14-cv-02096-RS**<br><br>**DEFENDANTS MCDONALD'S USA, LLC AND MCDONALD'S CORPORATION'S NOTICE REGARDING MARCH 28, 2017 AMENDED ORDER OF JUDGMENT**<br><br>Complaint Filed: March 12, 2014 |

1  Defendants McDonald's Corporation and McDonald's USA, LLC hereby give notice to the Court, all parties, and their counsel of record that the Amended Order of Judgment entered on March 28, 2017 (Docket No. 276) contains an error.

On March 27, 2017, without conferring with McDonald's, Plaintiffs filed their Administrative Motion to Correct Judgment (Docket No. 275) requesting that the Court "clarify that the judgment [Docket No. 274] applies to only Defendants McDonald's Corp., McDonald's U.S.A., LLC, and McDonald's Restaurants of California, Inc." (Docket No. 275 p. 2:5-8.) The Court subsequently entered an Amended Order of Judgment providing that "[p]ursuant to the order entered on March 10, 2017 granting the second motion for summary judgment from McDonald's Corp., McDonald's U.S.A., LLC, and McDonald's Restaurants of California, Inc. ('Defendants') and the order entered on August 16, 2016 granting Defendants' first motion for summary judgment, judgment is hereby entered against Plaintiffs and in favor of Defendants." McDonald's Restaurants of California, however, was dismissed from this action pursuant to the stipulation of the parties on May 6, 2016 (Docket No. 86) before either motion for summary judgment was filed. Additionally, only McDonald's Corporation and McDonald's USA, LLC moved for summary judgment and were subject to the August 16, 2016 or March 10, 2017 orders granting those motions. Therefore, the reference to McDonald's Restaurants of California in the Amended Order of Judgment is an error.

Pursuant to Federal Rule of Procedure 60(a), "[t]he Court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). McDonald's Corporation and McDonald's USA, LLC hereby request that the reference to McDonald's Restaurants of California in the Amended Order of Judgment be stricken and that the Amended Order of Judgment provide that "Pursuant to the order entered on March 10, 2017 granting the second motion for summary judgment from McDonald's Corp. and McDonald's U.S.A., LLC ('Defendants') and the order entered on August 16, 2016 granting Defendants' first motion for summary judgment, judgment is hereby entered against Plaintiffs and in favor of Defendants."

| | | |
|---|---|---|
| 1 | Dated: April 5, 2017 | Respectfully submitted, |
| 2 | | By:  s/ Elizabeth B. McRee  |
| 3 | |       Elizabeth B. McRee |
| 4 | | JONES DAY |
| 5 | | *Attorneys for Defendants* |
| 6 | | *MCDONALD'S CORPORATION and MCDONALD'S USA, LLC* |

2

**MCDONALD'S NOTICE REGARDING MARCH 28, 2017 AMENDED ORDER OF JUDGMENT**
**CASE NO. 3:14-cv-02098-JD**