MICHAEL RUBIN (SBN 80618)
BARBARA J. CHISHOLM (SBN 224656)
P. CASEY PITTS (SBN 262463)
MATTHEW J. MURRAY (SBN 271461)
RAPHAEL N. RAJENDRA (SBN 255096)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  mrubin@altber.com
         bchisholm@altber.com
         cpitts@altber.com
         mmurray@altber.com
         rrajendra@altber.com

JOSEPH M. SELLERS (*pro hac vice*)
MIRIAM R. NEMETH (*pro hac vice*)
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail:  jsellers@cohenmilstein.com
         mnemeth@cohenmilstein.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| GUADALUPE SALAZAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORP., *et al.*, <br><br> Defendants. | CASE NO. 3:14-cv-02096-RS <br><br> **PLAINTIFFS' NOTICE OF APPEAL** <br><br> Complaint Filed:   March 12, 2014 |

**PLAINTIFFS' NOTICE OF APPEAL**

Please take notice that plaintiffs Guadalupe Salazar, Genoveva Lopez, and Judith Zarate, on their own behalf and as representatives of the proposed class and the State of California, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment against plaintiffs and in favor of defendants McDonald's Corp. and McDonald's U.S.A., LLC entered in this action on March 10, 2017 (Dkt. No. 274), as amended on March 28, 2017 (Dkt. No. 276), and from all orders and rulings which produced or merge into that judgment, including but not limited to the August 16, 2016 Order Granting in Part and Denying in Part Motion for Summary Judgment (Dkt. No. 193), the January 5, 2017 Order Denying Motion for Class Certification and Granting Motion To Strike Representative PAGA Claims (Dkt. No. 265), and the March 10, 2017 Order Granting Defendant's Second Motion for Summary Judgment (Dkt. No. 273).

Plaintiffs file this Notice of Appeal protectively in order to preserve their right to appeal the judgment entered on March 10, 2017.  As set forth in plaintiffs' April 6, 2017 Response to Notice and Administrative Motion for Certification of Judgment under Rule 54(b) (Dkt. No. 280), Plaintiffs continue to request entry of an amended judgment expressly finding pursuant to Fed. R. Civ. P. 54(b) that there is no just reason to delay entry of final judgment in favor of McDonald's Corp. and McDonald's U.S.A., LLC.  This Court retains jurisdiction to enter an amended judgment making express findings pursuant to Rule 54(b) notwithstanding the filing of this Notice of Appeal.  *See, e.g.*, *Nat'l Ass'n of Home Builders v. Norton*, 325 F.3d 1165, 1167 n.1 (9th Cir. 2003).

Respectfully submitted,

Dated: April 7, 2017      By:    /s/P. Casey Pitts

MICHAEL RUBIN
BARBARA J. CHISHOLM
P. CASEY PITTS
MATTHEW J. MURRAY
RAPHAEL N. RAJENDRA
Altshuler Berzon LLP

JOSEPH M. SELLERS
MIRIAM R. NEMETH
Cohen Milstein Sellers & Toll, PLLC

*Attorneys for Plaintiffs*

- 3 -
PLAINTIFFS' NOTICE OF APPEAL; CASE NO. 3:14-cv-02096-RS