UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SALAZAR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MCDONALD'S CORP., et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-02096-RS<br><br>**SECOND AMENDED ORDER OF JUDGMENT** |

Pursuant to the order entered on March 10, 2017 granting the second motion for summary judgment from McDonald's Corp. and McDonald's U.S.A., LCC ("Defendants") and the order entered on August 16, 2016 granting Defendants' first motion for summary judgment, judgment is hereby entered against Plaintiffs and in favor of Defendants. There is no just reason to delay entry of judgment in favor of Defendants. *See* Fed. R. Civ. Pro. 54(b). The March 10, 2017 and August 16, 2016 orders resolved all claims against them. Those orders granted summary judgment to Defendants on grounds that are inapplicable to the remaining defendant, Bobby O. Haynes, Sr. and Carole R. Haynes Family Limited Partnership ("Haynes"). Moreover, Plaintiffs' motion for preliminary approval of their settlement with Haynes is pending, which makes the likelihood of any appellate review of Plaintiffs' claims against Haynes unlikely. Thus, should Plaintiffs appeal this judgment, the Court of Appeals will not "be required to address legal or factual issues that are similar to those contained in the claims still pending before the trial court." *Frank Briscoe Co. v. Morrison-Knudsen Co.*, 776 F.2d 1414, 1416 (9th Cir. 1985).

**IT IS SO ORDERED**.

Dated: April 12, 2017

RICHARD SEEBORG
United States District Judge