FILED

NOV 01 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUADALUPE SALAZAR; et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>MCDONALD'S CORPORATION; et al.,<br><br>Defendants-Appellees. | No.  17-15673<br><br>D.C. No. 3:14-cv-02096-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: THOMAS, Chief Judge, and KLEINFELD and GRABER, Circuit Judges.

Submission of this case is vacated and deferred pending a decision by the Supreme Court of California in *Goonewardene v. ADP, LLC*, 5 Cal. App. 5th 154 (2016), *pet. for rev. granted*, 388 P.3d 818 (Cal. Feb. 15, 2017) (S238941), or upon further order of this Court.